## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEWAY ALEMAYEHU | : |
| | : |
| Plaintiff/Counter-Defendant, | : |
| | : |
| v. | : Case No.: 1:16-cv-00596 |
| | : |
| BELAY ABERE, *et al.*, | : |
| | : |
| Defendant/Counter-Plaintiff. | : |

## NOTICE OF STATUS REPORT WITHDRAWAL

COMES NOW Counsel for the Plaintiff/Counter-Defendant, who filed a Status Report titled "Mediation Report" on January 23, 2016, Docket # 21, and hereby withdraws that report.

Respectfully submitted,

By: /s/
Martin F. McMahon (D.C. Bar No. 196642)
Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
(202) 862-4343
mm@martinmcmahonlaw.com

MARTIN F. McMAHON & ASSOCIATES

Attorney for Plaintiff/Counter-Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of January, 2016, a copy of the foregoing was mailed, first class, postage prepaid, and served by electronic means to the following person(s):

E. Andrew Cole
25 West Middle Lane
Rockville, Maryland 20850
Direct: 301-838-3218
Fax: 301-354-8118
ecole@steinsperling.com

Attorney for Defendant and Counter-Claimant Abere

Attorney for Defendant Bayabile

Iyossias Tilahun
1208 U Street, N.W.
Washington, D.C. 20009

Defendant

                                                   /s/
                                      Martin F. McMahon