**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NEWAY ALEMAYEHU | : | |
| | : | |
| Plaintiff/Counter-Defendant, | : | |
| | : | |
| v. | : | Case No.: 1:16-cv-00596 |
| | : | |
| BELAY ABERE, *et al.*, | : | |
| | : | |
| Defendant/Counter-Plaintiff. | : | |

**JOINT MOTION FOR DISCOVERY EXTENSION**

COME NOW the Plaintiff/Counter-Defendant, Neway Alemayehu and the Defendant/Counter-Plaintiff, Belay Abere, and together jointly move the Court for entry of the attached order which provides for a 60 day extension of discovery to serve written discovery and take depositions. The parties are currently scheduled to mediate the matter and to prepare for that mediation, counsel have had to take additional time to determine appropriate production for mediation and to try to narrow the issues for the mediator. Because some of the parties herein are not represented by counsel, there have been major logistical issues. To address that issue, pro-bono attorneys have stepped forward and agreed to represent parties in the mediation who do not have access to counsel. After that the parties engaged in discussions pertaining to production and issues for mediation.

Counsel have engaged in diligent efforts to prosecute the case and have consumed a lot of time trying to schedule this and prepare the matter for mediation, and as a result have not been able to complete discovery under the current discovery schedule.

This request is made in good faith and not for delay or any improper purpose. Granting the relief requested herein will not prejudice any party or otherwise delay the administration of the case.

For all the reasons cited herein, and consistent with this effort to minimize needless expenditure of judicial resources, Plaintiff/Counter-Defendant Alemayehu and Defendant/Counter-Plaintiff Abere hereby request a 60 day extension to serve discovery and take depositions, and the attached order provides for that.

                                        Respectfully submitted,

                                        MARTIN F. McMAHON & ASSOCIATES

By:       /s/
     Martin F. McMahon (D.C. Bar No. 196642)
     Martin F. McMahon & Associates
     1150 Connecticut Avenue, N.W., Suite 900
     Washington, D.C. 20036
     (202) 862-4343
     mm@martinmcmahonlaw.com

     Attorney for Plaintiff/Counter-Defendant
     Neway Alemayehu

By:       /s/
     E. Andrew Cole (D.C. Bar No. 490858)
     25 West Middle Lane
     Rockville, Maryland 20850
     Direct: 301-838-3218
     Fax: 301-354-8118
     ecole@steinsperling.com
     STEIN SPERLING BENNETT
     DE JONG DRISCOLL PC

     Attorney for Defendant/Counter-Plaintiff
     Belay Abere

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 25th day of January, 2016, a copy of the foregoing was mailed, first class, postage prepaid, and served by electronic means to the following person(s):

E. Andrew Cole
25 West Middle Lane
Rockville, Maryland 20850
Direct: 301-838-3218
Fax: 301-354-8118
ecole@steinsperling.com

Attorney for Defendant and Counter-Claimant Abere

Attorney for Defendant Bayabile

Iyossias Tilahun
1208 U Street, N.W.
Washington, D.C. 20009

Defendant

                                                  /s/
                                           Martin F. McMahon

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NEWAY ALEMAYEHU                 :

      Plaintiff/Counter-Defendant, :

v.                                :     Case No.: 1:16-cv-00596

BELAY ABERE, *et al.*,          :

      Defendant/Counter-Plaintiff. :

**ORDER**

THIS CAUSE CAME upon the joint motion of the Plaintiff/Counter-Defendant Alemayehu and the Defendant/Counter-Plaintiff Abere to extend the time for discovery by 60 days to serve discovery and take depositions.

IT IS HEREBY ORDERED that the joint motion for a 60 day extension for discovery be granted, with the new discovery completion deadline being March 27, 2017 to serve discovery and April 4, 2017 to complete discovery.

ENTERED THIS _____ DAY OF _____, 2017.


_____
The Honorable Judge Rudolph Contreras